# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LACRETIA FLUELLEN**, *Plaintiff* <br><br> v. <br><br> **CITY OF PHILADELPHIA & DISTRICT COUNCIL 33,** *Defendants* | **CIVIL ACTION** <br> **NO. 23-1606** |

## ORDER OF DISMISSAL

**AND NOW**, this 4th day of April, 2024, Defendant City of Philadelphia and District Council 33's Motions to Dismiss are **GRANTED with prejudice** as to all federal claims, but **without prejudice** as to state law claims. The Clerk shall close this case.

BY THE COURT:

_____
**MICHAEL M. BAYLSON, U.S.D.J**

O:\CIVIL 23\23-1606 Fluellen v City\23cv1606 Order Granting Dismissal.docx